IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>   Plaintiff,<br><br>vs.<br><br>Martha Edilia Solano,<br><br>   Defendant. | No. CR 14-1558-TUC-CKJ (CRP)<br><br>**ORDER** |

On June 11, 2015, Magistrate Judge Charles R. Pyle issued a Report and Recommendation (Doc. 65) in which he recommends the Motion for Disclosure (Doc. 25) be denied. The Report and Recommendation notified the parties that they had fourteen days from the date of service of the Report and Recommendation to file any objections. No objections have been filed.

The Court has reviewed and considered the Motion for Disclosure, the Response, the Reply, the documents submitted *in camera*, and the Report and Recommendations.

Accordingly, after an independent review, IT IS ORDERED:

1. The Report and Recommendation (Doc. 65) is ADOPTED.

2. The Motion to Dismiss Indictment (Doc. 25) is DENIED.

3. The Clerk of Court shall docket the *in camera* documents UNDER SEAL.

DATED this 10th day of July, 2015.

                _____
                Cindy K. Jorgenson
                United States District Judge